Veronica BUNCH, Plaintiff–Appellant,

v.

Louis CALDERA, Secretary, United States Department of the Army, Military Traffic Management Command, Defendant–Appellee.

No. 01–1404.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Veronica Bunch, pro se. Edward John Martin, Office of the United States Attorney, Alexandria, VA, for appellee.

**44**

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Veronica Bunch appeals the district court's order granting Defendant's motion to dismiss in part and motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bunch v. Caldera*, No. CA–00–1142–A (E.D.Va. Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*